### NATIONAL BENEV. SOC. v. JACKSON.
### No. 3888.

Court of Civil Appeals of Texas. Beaumont.
June 19, 1941.

Ramsey & Ramsey, of San Augustine, for appellant.

Fisher & Fisher, of San Augustine, for appellee.

COMBS, Justice.

Appellant having failed to file bond in accordance with a former order of this court, the appeal is dismissed.